**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>USA | COURT CASE NUMBER<br>16-1385 |
| DEFENDANT<br>Jennifer F. Clarke | TYPE OF PROCESS<br>US Marshals Sale of Real Estate |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jennifer F. Clarke

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
107 North Third Street, Oxford, PA 19363

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group, P.C.
701 Market Street
Suite 501
Philadelphia, PA 19106

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                   Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>/ | District of Origin<br>No. 68 | District to Serve<br>No. 68 | Signature of Authorized USMS Deputy or Clerk<br>George Poe | Date<br>11/16/16 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 11-16-16   Time: 11:15 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy
0683

| Service Fee | Total Mileage Charges including *endeavors*)<br>68RTVUES@ 54<br>36.72<br>PARKS 1.20 | Forwarding Fee | Total Charges<br>37.72 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>37.72 |
|---|---|---|---|---|---|

REMARKS:

11/17/16 USMS Sale of Real Estate at the Chester County Courthouse, 2 N. High Street, West Chester, PA.
Mileage to sale (            miles @ $.54 per/mile = $            ).

**DISTRIBUTE TO:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of PA*

*Philadelphia, PA 19106*

## FEE SCHEDULE WORKSHEET

CASE#: __16-CV-1385__    DATE: __11-16-2016__

TYPE OF PROCESS: __REAL PROPERTY SALE__

START TIME: _____    TIME COMPLETED: _____

FOR EACH ITEM SERVED OR ENDEAVORED IN PERSON PER HOUR (OR PORTION THEREOF)

DEPUTY (1) __ENNIS_____ @ $65.00 $ _____

DEPUTY (2) _____ @ $65.00 $ _____

DEPUTY (3) _____ @ $65.00 $ _____

DEPUTY (4) _____ @ $65.00 $ _____

For Each Item Served by Mail _____ @ $8.00 $ _____

Forwarding Fee for Service
(in Other Judicial Districts) _____ @ $8.00 $ _____

Preparing Notice of Sale for advertising,
Bill of Sale, or U.S. Marshals Deed _____ @ $20.00 $ _____

Commission on Sale:
(3% on first $1,000.00)            $ _____
(1.5% on balance)                  $ _____

Copies – per page _____ @ $.10 $ _____

Round Trip Mileage __68 RT_____ @ $.54 $ __36.72__

Parking __1.00__ Tolls_____ Other_____    $ __1.00__

                TOTAL              $ __37.72__