

**U.S. Department of Justice**

United States Marshals Service

*Eastern District of PA*

---

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 16-CV-1385

I, PATRICK D. ENNIS, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at 107 NORTH THIRD ST., OXFORD, PA 19363. The public sale was held on November 16, 2016 and the highest bidder was GREEN ROBIN HOMES who bid the amount of $ 35,000.00.

By: _____
Deputy U.S. Marshal  0683



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: GREEN ROBIN HOMES

ADDRESS: 2882 NEWARK RD
WEST GROVE PA 19390

PHONE (DAY): 610 836 1916

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

GREEN ROBIN HOMES LLC   OR
The above is precisely how the name(s) are to appear in the deed    ASSIGNS

15,000      29,000
18,000      30,000
19,000      32,000
20,000      33,000
25,000      (35,000)
25,500
28,000



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: BP Real Estate Investment Group, LP

ADDRESS: 1770 Oregon Pike

Lancaster, PA 17601

PHONE (DAY): 717-669-5075   (Paul)
Sarah  717-327-0232

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Investment Group LP
The above is precisely how the name(s) are to appear in the deed

20,500.        32,100
25,100         33,000
25,600
28,100
29,100
30,100



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Mervin S. Garman

ADDRESS: 118 Jeanel Circle
Lititz, Pa 17543

PHONE (DAY): 717-314-6187

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Mervin S. Garman
The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Samuel E. Fisher

ADDRESS: 640 Vine Street

Honey Brook, PA 19344

PHONE (DAY): 610-273-3596

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Samuel E Fisher

The above is precisely how the name(s) are to appear in the deed

16,000
18,500
19,500