# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 16-1385 |
| JENNIFER F. CLARKE | : | |
| | : | |

## ORDER

**AND NOW**, this 24th day of March 2017, following our June 29, 2016 Order (ECF Doc. No. 10), upon consideration of Plaintiff's Motion for confirmation of public sale (ECF Doc. No. 15) and finding notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 15) is **GRANTED** and the public sale held on November 16, 2016 is confirmed; the Marshal shall execute and deliver to Green Robin Homes, LLC, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of JENNIFER F. CLARKE in and to the premises sold located at 107 North Third Street, Oxford, PA 19363; and, we retain jurisdiction to enforce this Order.

_____
KEARNEY, J.