IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CIVIL ACTION |
| v. | : |
| | : NO. 16-1385 |
| JENNIFER F. CLARKE | : |

### ORDER

**AND NOW**, this 2nd day of August 2017, upon considering Plaintiff's Application (ECF Doc. No. 17) for distribution of proceeds under our June 29, 2016 Order (ECF Doc. No. 10), consistent with 28 U.S.C. § 2001, and having found the United States Marshal sold the property subject of our June 29, 2016 Order under our Judgment resulting in $35,000 in cash proceeds, it is **ORDERED** the Application (ECF Doc. No. 17) is **GRANTED** and the $35,000 in cash proceeds from the mortgage foreclosure shall be distributed:

US MARSHAL COSTS:

   Mileage and Fees…………………………………………….$95.22

DEPARTMENT OF JUSTICE COSTS:
   (To be forwarded to:  U.S. Department of Justice, Debt Accounting Operations Group, Suite 503 N, National Place Building, Washington, DC 20530-0001)

   Advertising Cost…………………………………………..$1,807.39

TOTAL COSTS TO U.S. GOVERNMENT…………………….$1,902.61

Proceeds of sale, less costs, to Farmer's Home Admin………..$33,097.39
(to be forwarded to US Attorney's office)

_____
KEARNEY, J.